UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ERIC GARNER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00523-O |
| | § | |
| **POSTAL FLEET SERVICES, INC.,** | § | |
| **VILANO EMPLOYMENT SERVICES,** | § | |
| **INC. & THE STAGELINE COMPANY,** | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) Judgment is entered in favor of Plaintiff on all claims.

2) Defendants are jointly and severally liable to Plaintiff in the amount of $287,096.00.

3) The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order, to the parties.

**SO ORDERED** on this **4th day** of **January, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE